[No. 1929.]

THE CHICAGO LUMBER CO. v. WOODBURY ET AL.

OPINION FOLLOWED.

This case is reversed upon the opinion in the case of the *Chicago Lumber Co. v. Dillon et al., ante,* p. 196.

*Error to the District Court of Arapahoe County.*

Messrs. BENEDICT & PHELPS and Mr. HORACE PHELPS, for plaintiff in error.

Mr. L. B. FRANCE and Mr. A. B. SEAMAN, for defendants in error.

BISSELL, J.

This is another case between the Chicago Lumber Company and Frank S. Woodbury to enforce another lien on part of the property which is involved in the case antecedently decided. Both cases were tried together below and have been submitted here on the same abstract and on the same briefs.

There were two separate records and necessarily two separate judgments on which independent action must be taken in this court.

For the reasons expressed in the foregoing opinion this case is likewise reversed.

*Reversed.*